IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DEON RAY DRAUGHN,

       Plaintiff,

    vs.                         Civil Action 2:06-CV-978
                                    Judge Smith
                                    Magistrate Judge King

ERIC LAMBEAS, *et al.*,

       Defendants.


## ORDER

On October 16, 2007, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the action be dismissed. Plaintiff was specifically advised of his right to object to the *Report and Recommendation* and of the consequences of his failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk shall enter **FINAL JUDGMENT**.


                                  *s/George C. Smith*
                               George C. Smith, Judge
                         United States District Court